# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EVAN BROWN,<br><br>    Plaintiff,<br>v.<br><br>LOWE'S HOME CENTERS, LLC, an unincorporated association; and DOES 1 through 5, inclusive,<br><br>    Defendants. | Case No. 8:15-cv-1793-DOC-KES<br><br>[PROPOSED] ORDER TO DISMISS ENTIRE ACTION  [100] |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: September 23, 2016

*David O. Carter*

HONORABLE DAVID CARTER
UNITED STATES DISTRICT JUDGE